# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                          CASE No. 10-30509-DHW
                                            CHAPTER 13

BRIGITTE VEST

    Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on March 2, 2010.

2. The debtor(s) §341 Meeting of Creditors was held April 15, 2010.

3. Confirmation is scheduled for May 24, 2010.

4. 11 U.S.C. §1308 requires that in a Chapter 13 case, the debtor shall file with appropriate taxing authorities all tax returns for all taxable periods ending during the four-year period ending on the date of the filing of the petition.

5. As of the meeting of creditors held on April 15, 2010, the debtor had not yet provided the Trustee with 2008 or 2009 tax return(s) or tax affidavit stating the debtor is exempt from filing tax returns.

6. Also, the Attorney Fee disclosure statement does not match the fee listed on the plan. No amendment has been filed.

WHEREFORE, the above premises considered, the Trustee objects to confirmation of the proposed plan.

Respectfully submitted May 17, 2010.

                                                     Curtis C. Reding
                                                     Standing Chapter 13 Trustee

                               By:     /s/ Tina J. Hayes
                                                     Tina J. Hayes
                                                     Staff Attorney
                                                      ASB-9847-C32H

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-264-6127
Email: hayest@ch13mdal.com

**CERTIFICATE OF SERVICE**

  I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, May 17, 2010.

                /s/ Tina J. Hayes
                Tina J. Hayes

Brigitte Vest
120 Galahad Dr
Prattville, AL 36067

Vonda S. McLeod, Esq. (*via electronic filing*)